[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  13-14555
Non-Argument Calendar

_____

D.C. Docket No. 1:13-cr-20381-DMM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TYRONE HART,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(February 13, 2015)

Before MARTIN, JILL PRYOR and ANDERSON, Circuit Judges.

BY THE COURT:

David Tucker, appointed counsel for Tyrone Hart, has moved to withdraw

from further representation of the appellant and filed a brief pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hart's conviction and sentence are **AFFIRMED**.